# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

**JILL C. BARBER,**

    **Plaintiff,**

v.                                          Civil Action No. 3:17-CV-02330

**RESTORIXHEALTH, LLC,**
formerly known as Candescent Healing, LLC,
also known as St. Mary's Regional Wound Center,

    **Defendant.**

## **DISMISSAL ORDER**

      Came this day the Plaintiff, Jill C. Barber, together with the Defendant, RestorixHealth LLC, each by their respective counsel, at which time the parties announced to the Court that the above-styled action has been resolved, and whereupon motion was made that the Court dismiss such civil action pursuant to Rule 41 of the Federal Rules of Civil Procedure with prejudice to all parties.

      And the Court hearing no objection to the dismissal of said action is of the opinion to and does hereby **ORDER** said civil action be dismissed **WITH PREJUDICE** to all parties.  The Court does further **ORDER** that the above-styled action be stricken from the docket of this Court.  The Clerk of the Court is directed for forward certified copies of this Order to counsel of record.

      All of this accordingly is so **ORDERED** this 30th day of June, 2017.

                                                                        ROBERT C. CHAMBERS, CHIEF JUDGE

Stipulated and agreed by:


/s/ *Rita Massie Biser*
Rita Massie Biser (WVSB #7195)
MOORE & BISER PLLC
317 Fifth Avenue
South Charleston, West Virginia  25303
(304) 414-2300
rbiser@moorebiserlaw.com
*Counsel for Defendant*



s/ *James D. McQueen, Jr.*
James D. McQueen, Jr. (WVSB #2507)
Anthony E. Nortz, Esq.
McQueen Davis, PLLC
Century Bldg., Suite 200
314 Ninth Street
Huntington, WV  25701
*Counsel for Plaintiff*